Halsted James et al., Appellants, *v.* South Side Estates, Inc., et al., Defendants, and William H. Door, Respondent.

Submitted January 22, 1937; decided March 9, 1937.

*John S. Russell* for appellants.

*Charles L. Sylvester* and *Sidney Kaminsky* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.